UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEIL MCDOWELL, et al.,<br><br>　　　　Defendant. | NO. EDCV 18-400-JGB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED as follows:

　　　　(1) Defendants' motion to dismiss the First Amended Complaint under Fed. R. Civ. P. 12(b)(6) is granted;

　　　　(2) Plaintiff's Eighth Amendment claims against Defendants McDowell, Moore, Maletz, Newton and Deering based on Plaintiff's spinal condition is dismissed without prejudice for failure to exhaust administrative remedies; and

　　　　(3) All other claims are dismissed with prejudice.

IT IS FURTHER ORDERED that judgment be entered dismissing this action as set forth above.

DATED: November 29, 2021

JESUS G. BERNAL
United States District Judge