JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ, | NO. EDCV 18-400-JGB (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| NEIL MCDOWELL, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered for Defendants and this action is dismissed. Plaintiff's Eighth Amendment claims against Defendants McDowell, Moore, Maletz, Newton and Deering based on Plaintiff's spinal condition is dismissed without prejudice for failure to exhaust administrative remedies. All other claims are dismissed with prejudice.

DATED: November 29, 2021

JESUS G. BERNAL
United States District Judge